NO. _____
FILED
DEC 0 5 2019
HAZEL L. PARKER
CLERK OF DISTRICT COURT
DEPUTY _____

Andrew J. Miller
ODEGAARD MILLER LAW, PLLC
1601 Lewis Avenue, Suite 101
Billings, MT 59102
Tel: (406) 259-2222
Fax: (406) 259-3232
*Attorney for Plaintiff*



## MONTANA SIXTEENTH JUDICIAL DISTRICT COURT
## CUSTER COUNTY

| | |
|---|---|
| LINDA ("LIN") LEE NICHOLSON, | Cause No. DV-2019-86 |
| Plaintiff, | District Judge: Michael B. Hayworth |
| vs. | **AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |
| WAL-MART, INC.; and JOHN DOES 1-4, | |
| Defendants. | |

Plaintiff Linda ("Lin") Lee Nicholson, by and through her attorneys of record, Odegaard Miller Law, PLLC, hereby states, alleges and avers as follows:

### JURISDICTION AND VENUE

1. At all times relevant herein, Lin Nicholson ("Lin" or "Plaintiff") was a resident of Wibaux, Wibaux County, Montana.

2. At all times relevant herein, Defendant Wal-Mart, Inc. ("Wal-Mart") is a for-profit corporation registered with the Montana Secretary of State and authorized to do business in Miles City, Montana.

**EXHIBIT B**

3.  The true names and capacities of Defendants named herein as John Does 1-4, inclusive, are unknown to Plaintiff, who therefore brings these claims against these Defendants by fictitious names. Plaintiff may seek to amend this Complaint to state the true names and capacities of John Does 1-4 when the same have been determined, together for further appropriate charging allegations.

4.  Plaintiff is informed and believes and therefore alleges that each of the fictitiously named Defendants may be responsible in some manner for the occurrences and harms alleged herein and that his damages as alleged herein may have been proximately caused by the Defendants' acts or omissions, whether independently or while acting in concert with the Defendants.

5.  Defendants John Does 1-4, inclusive, are natural persons, supervisors, agents, contractors, or other legal entities who may have caused or contributed Plaintiff's injuries as alleged herein, while acting in the course and scope of their employment and/or agency with the Defendants, or acting independently. As such, each lawful act or omission and each violation is imputable to Yellowstone County.

6.  The accident at issue occurred in Miles City, Custer County, Montana.

8.  Jurisdiction over these Defendants is proper because Defendants do business in the State of Montana and each Defendant engaged in conduct that resulted in the accrual of a tort action in Montana.

9.  Venue in this court is proper because one or more Defendants engaged in tortious conduct that resulted in the accrual of a tort action in Custer County, Montana.

## GENERAL ALLEGATIONS

10. On February 27, 2019, Lin went shopping at the Wal-Mart Supercenter in Miles City, Montana.

11. The winter was marked by heavy snowfall, and patrons would track snow into the store on the linoleum floors, thus making some parts of the store slippery and unsafe.

12. Lin finished shopping, completed her transaction, and was preparing to leave the Wal-Mart store area. Prior to leaving, Lin went into the store's public restroom. As she was exiting the restroom, which is located at the front of the store, she slipped on an unseen, indistinguishable, and inconspicuous puddle that had accumulated from melted snow along the shoppers' walking path in front of the restroom, near the service desk area and the optics department.

13. Lin landed hard on her left side and broke her left hip.

14. Unknown Wal-Mart employees witnessed Lin fall and offered her assistance.

15. Upon information and belief, there was no signage advising Wal-Mart patrons, including Lin, that the floor at the front of the store was slippery and unsafe, nor did Wal-Mart personnel undertake any effort to remedy the slippery and unsafe condition.

16. Lin was subsequently taken to Holy Rosary Hospital in Miles City, where she remained hospitalized for several days and received extensive and expensive medical treatment for her left hip injuries.

17. As a result of Lin's fall at the Wal-Mart Supercenter in Miles City, she has suffered, and will continue to suffer, severe pain and disability, mental anguish, loss of enjoyment of life, medical expenses, and lost wages.

### COUNT I – NEGLIGENCE/PREMISES LIABILITY

18. Lin restates and re-allege all previous allegations as fully set forth herein.

19. Defendants had a duty of care to monitor, maintain, and keep its premises in a reasonably safe condition for all persons entering the store and to warn of any hidden or lurking dangers.

20. Defendants breached their duty of care to monitor, maintain, and keep its premises in a reasonably safe condition and to warn of any hidden or lurking dangers when they failed to monitor and maintain the floors within the Wal-Mart Supercenter safe condition; allowed ice to melt and water to accumulate in an unsafe manner that was not open or obvious to Lin; and failed to provide adequate signage to warn patrons of the unsafe condition.

21. As a direct and proximate result of Defendants' breach of these duties, Lin has suffered and will continue to suffer severe pain and disability, mental anguish, loss of enjoyment of life, lost wages, and has incurred and will continue to incur medical and non-medical expenses.

22. Defendants' breach of the duties outlined in Paragraphs 19 through 21 constitute negligence.

23. By virtue of Defendants' acts of negligence, they are legally responsible

to Lin for all resulting damages.

## JURY TRIAL DEMAND

Lin demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

Lin prays for judgment in her favor granting the following relief:

1. For reasonable compensation for past and future medical and related expenses;

2. For reasonable compensation for Lin's lost earnings and loss of future earning capacity;

3. For reasonable compensation for Lin's physical and mental pain and suffering;

4. For Lin's costs of suit and attorneys' fees incurred herein; and,

5. For other and future relief as the Court deems just and proper.

DATED this 3rd day of December, 2019.

ODEGAARD-MILLER LAW, PLLC
*Attorney for Plaintiffs*

By _____
Andrew J. Miller
1601 Lewis Ave., Suite. 101
Billings, MT 59101